No. 543. DELAWARE & HUDSON CO. ET AL. *v.* GLENS FALLS PORTLAND CEMENT CO. November 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wade H. Ellis* and *H. T. Newcomb* for petitioners. *Messrs. Julius Henry Cohen, Kenneth Dayton,* and *Burton A. Zorn* for respondent.

No. 544. Z. & F. ASSETS REALIZATION CORP. ET AL. *v.* DOERSCHUCK ET AL. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. CHIEF JUSTICE HUGHES took no part in the consideration or decision of this application. *Messrs. Frederick F. Greenman* and *Spier Whitaker* for petitioners. *Messrs. Louis Titus* and *Charles L. Frailey* for respondents.

No. 438. AMERICAN INDEMNITY CO. ET AL. *v.* HALE COUNTY, TEXAS, ET AL. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Marion N. Chrestman* and *G. B. Ross* for petitioners. No appearance for respondents.

No. 534. SOUTHERN PACIFIC CO. *v.* MILLER. December 4, 1933. Petition for writ of certiorari to the Supreme Court of Utah denied. *Messrs. Emmett M. Bagley* and *Paul H. Ray* for petitioner. *Mr. Lindsay R. Rogers* for respondent.

No. 538. SOUTHERN PACIFIC R. CO. *v.* AMBLER GRAIN & MILLING CO. December 4, 1933. Petition for writ of